UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00726-PA-KES                                                  Date: February 23, 2022

Title:  JUAN CARLOS MARIN v. U.S. CENTRAL DISTRICT COURT

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause Why Complaint Should Not Be Dismissed**

   The Court received by mail a filing purporting to be a civil rights Complaint filed by Ciro Sanchez as "power of attorney" for California inmate Plaintiff Juan Carlos Marin.  (Dkt. 1.)  On February 2, 2022, the Clerk's Office gave a "Notice of Deficiency" advising that Plaintiff Marin is housed at the California Men's Colony, an institution that participates in the Court's pilot project for e-filing inmate complaint, per the Court's General Order 18-02.  (Dkt. 2.)  The notice advised Plaintiff to re-submit the Complaint electronically.

   More than two weeks have passed, and the Court has not received the Complaint electronically.  Plaintiff is now ordered to show cause why the Complaint should not be dismissed without prejudice for failing to comply with the e-filing requirements in General Order 18-02.  Plaintiff may discharge this OSC by e-filing the Complaint on or before **March 9, 2022**.  If he fails to do so, then the Complaint may be promptly dismissed without prejudice.

Initials of Deputy Clerk JD
