JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARIN, | Case No. 2:22-cv-00726-PA-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES CENTRAL | |
| DISTRICT COURT, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the Complaint and this entire action are dismissed without prejudice.

DATED:  March 21, 2022

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE